UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA A. GODOY-RODRIGUEZ,<br>Petitioner,<br>v.<br>ICE PROCESS CTR, et al.,<br>Respondents. | Case No. 5:26-cv-00442 KK (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Answer, Traverse, the second Answer [Dkt. No. 26], all the records and files herein, along with the August 24, 2026 Report and Recommendation of the assigned United States Magistrate Judge [Dkt. No. 30], and the Objection to Report and Recommendation ("Objections") [Dkt. No. 32]. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. Petitioner's objections are overruled.

///

///

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 30], is accepted;

2. The Petition is denied; and

3. Judgment is to be entered accordingly.

DATED: September 14, 2026

THE HONORABLE KENLY KIYA KATO
United States District Judge