JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA A. GODOY-RODRIGUEZ,<br>Petitioner,<br>v.<br>ICE PROCESS CTR, et al.,<br>Respondents. | Case No. 5:26-cv-00442 KK (ADS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Final Report and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the Petition is denied.

DATED: September 14, 2026

HONORABLE KENLY [illegible]
United States District Judge